**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**SHREVEPORT DIVISION**

| | |
|---|---|
| **ASHLEY WINGER** | **CASE NO. 5:25-CV-01238** |
| **VERSUS** | **JUDGE EDWARDS** |
| **DOUGLAS A COLLINS** | **MAGISTRATE JUDGE HORNSBY** |

**NOTICE OF MOTION SETTING**

Please take notice that the Motion to Dismiss (Document No. 19) filed by Douglas A Collins on August 19, 2026 has been referred to the Honorable Jerry Edwards, Jr. for consideration.

**Deadlines**

Any party who opposes the motion may file a memorandum in opposition within **twenty-one (21) calendar days** from the date of this notice. The movant may **file a reply** within **seven (7) days** after the memorandum in opposition is filed. Reply memoranda are limited to 7 pages. Surreply briefs will not be allowed. OPPOSITION TO THE MOTION MUST BE FILED TIMELY OR THE MOTION WILL BE CONSIDERED UNOPPOSED.

**No Oral Argument**

It is the policy of the Court to decide motions on the basis of the record without oral argument. Briefs should fully address all pertinent issues. All parties will be notified if the Court finds oral argument is necessary.

**Courtesy Copies**

Parties are relieved of their obligation under LR 7.1 to provide courtesy copies unless requested by Chambers.

**DATE OF NOTICE: August 20, 2026**

Daniel J. McCoy
Clerk of Court